UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERROD LEE, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:11CV1632 TIA |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 23). The parties consented to the jurisdiction of undersigned pursuant to 28 U.S.C. § 636(c).

On March 13, 2013, the undersigned reversed the Commissioner's decision and remanded Plaintiff's case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees in the amount of $1,420.77, which represents 7.8 hours of attorney work from Jeffrey J. Bunten at the rate of $182.15 per hour. Defendant filed a response to Plaintiff's motion, stating that she has no objection to an award of EAJA fees of $1,420.77 to be paid by the Social Security Administration.

In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits. Kelly v. Bowen, 862 F.2d 1333, 1335 (8th Cir. 1988). The Court finds that Plaintiff is entitled to EAJA fees in the amount of $1,420.77, payable to the Plaintiff as the prevailing party. Astrue v. Ratliff, __ U.S. __, 130 S. Ct. 2521, 2527 (2010) (holding that EAJA fees are payable to the prevailing party and may be subject

to offset to satisfy any pre-existing debt owed to the United States). An appropriate Judgment will accompany this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 23) is **GRANTED** in the amount of $1,420.77.

**IT IS FURTHER ORDERED** that said award shall be made payable to the Plaintiff.

                /s/ Terry I. Adelman
          UNITED STATES MAGISTRATE JUDGE

Dated this  25th  day of June, 2013.